# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE

HUNTER BLANE MARTIN                                         CASE NO. 18-60270
MARIA LELITA JAYME-MARTIN

DEBTORS

## ORDER

This matter came on for hearing on February 14, 2019, on (1) Creditor Heidi Weatherly's ("Creditor") Motion requesting that the Court Alter, Amend, or Vacate and reconsider its Memorandum Opinion and Order Denying Creditor's Motion to Dismiss [ECF No. 69], and (2) the Motion for Leave to Withdraw as Counsel for Creditor, Hon. Heidi Weatherly, filed by R. Aaron Hostettler, Esq. ("Motion to Withdraw") [ECF No. 71]. The Court having considered same and being sufficiently advised,

It is ORDERED that the Court will take Creditor's Motion to Alter, Amend, or Vacate [ECF No. 69] under submission.

It is further ORDERED that Mr. Hostettler's Motion to Withdraw [ECF No. 71] is GRANTED. Creditor Weatherly shall have fourteen (14) days from the date of entry of this Order within which to obtain new counsel, who must file a notice of appearance on her behalf in the record.

It is further ORDERED that Mr. Hostettler shall serve a copy of this Order upon Creditor Weatherly, via regular United States mail, postage prepaid, and shall file a certificate of service as required by KYEB LBR 9022-1(b).

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Thursday, February 14, 2019
(tnw)