UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 18-60270

IN RE:        HUNTER BLANE MARTIN                                             CHAPTER 7
              MARIA LELITA JAYME MARTIN
              DEBTORS

## CERTIFICATE OF SERVICE
*** *** ***

Comes now Hon. R. Aaron Hostettler, formerly counsel for creditor, Heidi Weatherly, in the above entitled bankruptcy case and herewith certifies pursuant to Local Bankruptcy Rule 9022-1(b) that he has this date placed in the regular U.S. Mail a true copy of this Court's Order entered February 14, 2019 taking under submission the pending motion to alter, amend, or vacate and granting the undersigned counsel leave to withdraw.  A copy has also been served on Ms. Weatherly via email.

        Respectfully submitted,

        HAMM, MILBY & RIDINGS, PLLC
        120 NORTH MAIN STREET
        LONDON, KY 40741
        EMAIL:  aaron@hmrkylaw.com
        PHONE:  606-864-4126
        FAX:  606-878-8144
        *Counsel for Hon. Heidi Weatherly*

        BY: /s/ R. Aaron Hostettler
             R. AARON HOSTETTLER

CERTIFICATE OF SERVICE:

I do hereby certify that the foregoing was served by ECF filing and mailing:

ORIGINAL TO (VIA ELECTRONIC FILING):

UNITED STATES BANKRUPTCY COURT CLERK
P. O. BOX 1111
LEXINGTON, KY 40588-1111

<u>COPY TO:</u>

HON. JAMES R. WESTENHOEFER
212 S. 3RD STREET
RICHMOND, KY  40475

HON. D. BRUCE ORWIN
P. O. BOX 716
SOMERSET, KY  42502

HON. HEIDI WEATHERLY
P. O. BOX 1350
MT. VERNON, KY  40456

ALL CREDITORS

       THIS THE 25TH DAY OF FEBRUARY, 2019.

                                   <u>/s/ R. Aaron Hostettler</u>
                                   OF COUNSEL FOR HON. HEIDI WEATHERLY